# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INITIAL APPEARANCE ON CRIMINAL COMPLAINT |
| v. | |
| **JASON A. REEVES** | Case No. **25-mj-608** |

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Hearing Began: 2:36 p.m. |
| Deputy Clerk: Mara | Hearing Ended: 2:43 p.m. |
| Hearing Held: May 2, 2025 | Tape Number: Zoom 050225 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel Humble |
| JASON A. REEVES by: | Eric Maciolek |
| | ☐ FDS  ☐ CJA  ☒ RET |
| U.S. PROBATION OFFICE by: | Amy Kosmoski |

Defendant appears via video conference.
☒ Defendant consents to proceed via video from Brown County Jail.

☒ Defendant advised of rights
☐ Court orders counsel appointed
☒ Copy of complaint received by Defendant
  ☐ document read; ☒ reading waived

☒ Defendant advised of maximum penalties
  Maximum penalties:
  5 years mm-20 years; $250,000; 5 years-Life SR;
  $100 SA; $5000 SA if found not indigent.

**THE COURT ORDERS** that pursuant to Federal Criminal Rule of Procedure 5(f) the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

Defendant waives:
☐ Preliminary Hearing
☐ Identity Hearing

Court sets:
☐ Preliminary Hearing:
☐ Identity Hearing:

☒ Defendant is ordered temporarily detained. Detention hearing set for: **May 7, 2025 at 11:30 am (in person).**

Gov't requests a 3-day continuance as to detention.
Mr. Maciolek expresses concerns that the defendant is not receiving his proper medications at the jail.
The court states the jail staff should be notified by counsel or the US Marshals as to his medication issue.

**Preliminary Hearing date will be provided at the May 7 Detention Hearing.**