# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) ) ) | Case No. 25-mj-608 |
| JASON A. REEVES | ) ) | |
| *Defendant* | | |

## ORDER OF TEMPORARY DETENTION AND ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| PLACE: Jefferson Court Building<br>125 S. Jefferson Street<br>Green Bay, WI 54301 | Courtroom No.:  201 |
|---|---|
| | Date and Time: May 7, 2025 at 11:30 AM (CT) |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.


Date: May 2, 2025

s/  William C. Griesbach
United States District Judge